# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00477-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GREGORY JOSEPH RENN,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

    Pursuant to the Notice of Disposition filed on (Docket No. 15). A Change of Plea Hearing is set for **March 9, 2016** at **9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **March 4, 2016**, and the **four-day** jury trial scheduled for **March 14, 2016** are VACATED.

DATED this 9th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge